11/30/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 10:51:27 AM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:    2012-58827       COURT:   151ST       TENTATIVE DUE DATE:    12/5/2015

APPEAL TYPE     ACCELERATED                    CASE STATUS:    READY DOCKET

APPELLANT:      PROFESSIONAL ADVANTAGE SOFTWARE SOLUTIONS, INC.

APPELLEE:       WEST GULF MARITIME ASSOCIATION INC.

EVENT FILE DATE      11/25/2015        NUMBER OF DAYS: 10

EVENT CODES;    D, OA

FILED BY:    **THOMAS C WRIGHT**              TBN:      **22059400**

DATE ORDER SIGNED      11/18/2015

COURT ASSIGNED TO:     FIRST COURT OF APPEALS

IMAGE NO:    67932223        VOLUME:          PAGE:

MOTION FOR NEW TRIAL FILING DATE:      : N/A

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   **/s/DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

CAUSE NO. 2012-58827

| | | |
|---|---|---|
| WEST GULF MARITIME ASSOCIATION INC. | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | HARRIS COUNTY, TEXAS |
| BUSINESS MICROVAR, INC. D/B/A INTERDYN BMI, PROFESSIONAL ADVANTAGE SOFTWARE SOLUTIONS, INC., AND TECHNOLOGY SUPPORT, INC. | § § § § § | 151ST JUDICIAL DISTRICT |

## DEFENDANT PROFESSIONAL ADVANTAGE SOFTWARE SOLUTIONS, INC.'S NOTICE OF APPEAL

Defendant Professional Advantage Software Solutions, Inc. files this notice of appeal showing the Court the following:

1. This appeal is from the 151st Judicial District of Harris County, Texas, the Honorable Mike Engelhart presiding.

2. The style of the case in the trial court is No. 2012-58827; *West Gulf Maritime Association Inc. v. Business Microvar, Inc. d/b/a Interdyn BMI, Professional Advantage Software Solutions, Inc. and Technology Support, Inc.*

3. Defendant desires to appeal from the Court's Order Denying Defendant's Motion to Compel Arbitration and Stay Proceedings, signed November 18, 2015. This is an accelerated interlocutory appeal of a motion to deny arbitration.

4. Defendant is appealing to the First or Fourteenth Courts of Appeals in Houston, Texas.

Respectfully submitted,

**WRIGHT & CLOSE, LLP**

*/s/ Thomas C. Wright*
Thomas C. Wright
State Bar No. 22059400
Natasha N. Taylor
State Bar No. 24071117

One Riverway, Suite 2200
Houston, TX 77056
Telephone: (713) 572-4321
Fax: (713) 572-4320
wright@wrightclose.com
taylor@wrightclose.com
**STUBER COOPER VOGE PLLC**


*/s/ Jamey L. Voge (w/permission)*
Jamey L. Voge, SBN 24033424
Brian Cooper, SBN 24012451
2600 Network Blvd., Suite 305
Frisco, Texas  75034
Telephone: (214) 472-2770
Fax: (214) 472-2790
jvoge@scvlaw.net
bcooper@scvlaw.net

**ATTORNEYS FOR DEFENDANT PROFESSIONAL
ADVANTAGE SOFTWARE SOLUTIONS, INC.**


**CERTIFICATE OF SERVICE**

I hereby certify that, a true and correct copy of this document was served on all counsel of record in this case, identified below, on November 25, 2015 electronically through the electronic filing manager or in compliance with Texas Rule of Civil Procedure 21a.

Timothy McCloskey
Blake Rizzo
Carrigan, McCloskey & Roberson LLP
945 Heights Blvd
Houston, Texas 77008
*Via email tmccloskey@cmrllp.com*
*Via email brizzo@cmrllp.com*


*/s/ Natasha N. Taylor*
Natasha N. Taylor

11/17/2015 11:30:06 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 7861370
By: GONZALEZ, VERONICA
Filed: 11/17/2015 9:59:27 AM

Pgs-1

ARBIY
STPRY

CAUSE NO. 2012-58827

| | | |
|---|---|---|
| WEST GULF MARITIME ASSOCIATION INC. | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | |
| BUSINESS MICROVAR, INC. D/B/A INTERDYN BMI, PROFESSIONAL ADVANTAGE SOFTWARE SOLUTIONS, INC., AND TECHNOLOGY SUPPORT, INC. | § § § § § § | HARRIS COUNTY, TEXAS 151ST JUDICIAL DISTRICT |

## ORDER ON DEFENDANT'S MOTION TO COMPEL ARBITRATION & STAY PROCEEDINGS

On this day the Court considered Defendant Professional Advantage Software Solutions, Inc.'s Motion to Compel Arbitration and Stay Proceedings. After considering the motion, evidence and arguments of counsel, the Court

___xx___    DENIES the Motion., on the basis of waiver by Defendant Professional Advantage Software Solutions, Inc. **

_____    GRANTS the Motion and orders the parties to arbitrate the disputes as set forth in the arbitration provisions applicable to this matter. The court stays the proceedings pending the outcome of the arbitration.

SIGNED on this _____ day of _____, 2015.

Signed: 11/18/2015

_____
JUDGE PRESIDING

** The Court is not certain that findings of fact and conclusions of law are appropriate in this instance. If non-movant would like the Court to make them, it should file a short brief in support of the necessity for them, and file proposed findings and conclusions for the Court to sign.

CASE NUM: 201258827__ PJN> __  TRANS NUM: _____ CURRENT COURT: 151 PUB? _
CASE TYPE: DTPA-DECEPTIVE TRADE PRACTICE   CASE STATUS: READY DOCKET
STYLE: WEST GULF MARITIME ASSOCIATION     VS BUSINESS MICROVAR INC (D/B/A INTE
================================================================================
                         **** ACTIVE PARTIES ****

| PJN NUM | PER/CONN NUMBER | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|
| _ | 00009-0001 | XPL | 24033424 | PROFESSIONAL ADVANTAGE SOFTWAR | | VOGE, JAMEY L |
| _ | 00001-0004 | XDF | 13417650 | WEST GULF MARITIME ASSOCIATION | | MCCLOSKEY, TI |
| _ | 00008-0001 | AGT | | TECHNOLOGY SUPPORT INCORPORE | | |
| _ | 00007-0001 | AGT | | PROFESSIONAL ADVANTAGE (A FORE | | |
| _ | 00006-0001 | AGT | | BUSINESS MICROVAR INC (DBA INT | | |
| _ | 00004-0001 | DEF | 24033424 | PROFESSIONAL ADVANTAGE SOFTWAR | | VOGE, JAMEY L |
| _ | 00001-0001 | PLT | 13417650 | WEST GULF MARITIME ASSOCIATION | | MCCLOSKEY, TI |

==> (7) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH   11=HELP

CASE NUM: 201258827__ PJN> __  TRANS NUM: _____ CURRENT COURT: 151 PUB? _
CASE TYPE: DTPA-DECEPTIVE TRADE PRACTICE   CASE STATUS: READY DOCKET
STYLE: WEST GULF MARITIME ASSOCIATION     VS BUSINESS MICROVAR INC (D/B/A INTE
================================================================================
                        **** INACTIVE PARTIES ****

| PJN NUM | PER/CONN NUMBER | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|
| _ | 00009-0001 | XPS | | PROFESSIONAL ADVANTAGE SOFTWAR | | |
| _ | 00009-0001 | PXP | 24037538 | SUNSTROM, KATHERINE LESLIE | | |
| _ | 00003-0002 | XPL | 24051026 | INTERDYN BMI | D | MCGILL, ANDRE |
| _ | 00002-0002 | XPL | 24051026 | BUSINESS MICROVAR INC (D/B/A I | D | MCGILL, ANDRE |
| _ | 00001-0003 | XDF | 13417650 | WEST GULF MARITIME ASSOCIATION | D | MCCLOSKEY, TI |
| _ | 00005-0002 | XPL | 11795430 | TECHNOLOGY SUPPORT INCORPORE | S | TOLSON, STEPH |
| _ | 00001-0002 | XDF | 13417650 | WEST GULF MARITIME ASSOCIATION | S | MCCLOSKEY, TI |
| _ | 00005-0001 | DEF | 11795430 | TECHNOLOGY SUPPORT INCORPORE | S | TOLSON, STEPH |

==> (13) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH   11=HELP

CASE NUM: 201258827__ PJN> __  TRANS NUM: _____ CURRENT COURT: 151 PUB? _
CASE TYPE: DTPA-DECEPTIVE TRADE PRACTICE   CASE STATUS: READY DOCKET
STYLE: WEST GULF MARITIME ASSOCIATION     VS BUSINESS MICROVAR INC (D/B/A INTE
================================================================================
                        **** INACTIVE PARTIES ****

| PJN NUM | PER/CONN NUMBER | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|
| _ | 00005-0001 | PAD | 07805445 | GEORGE, J. WILEY | | |
| _ | 00004-0001 | DPS | | PROFESSIONAL ADVANTAGE SOFTWAR | | |
| _ | 00004-0001 | PAD | 24037538 | SUNSTROM, KATHERINE LESLIE | | |
| _ | 00003-0001 | DEF | 24051026 | INTERDYN BMI | D | MCGILL, ANDRE |
| _ | 00002-0001 | DEF | 24051026 | BUSINESS MICROVAR INC (D/B/A I | D | MCGILL, ANDRE |

==> (13) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH   11=HELP